FILED
2020 Dec-07  AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MonDee Fletcher,  ) | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | No.  5:20-cv-01146-AKK |
| ) | |
| Plaza Services, LLC, a South  ) | |
| Dakota limited liability company,  ) | |
|     Defendant.  ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendant. Plaintiff hereby requests that this Court cancel or stay all dates and give her leave to file for dismissal by January 21, 2021.

Dated:  December 7, 2020.

/s/ David J. Philipps_____
One of Plaintiff's Attorneys

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2020, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ronald C. Sykstus                        rsykstus@bondnbotes.com
Bond, Botes, Sykstus, Tanner
   & Ezzell, P.C.
225 Pratt Avenue NE
Huntsville, Alabama 35801

      Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on December 7, 2020.

Plaza Services, LLC
c/o Jonathan H. Fain
PEBLaw, PC
66 Lenox Pointe, NE
Atlanta, Georgia 30324

/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com