FILED
2020 Dec-07 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **MONDEE FLETCHER,** | ) |
| **Plaintiff,** | ) )  Civil Action Number |
| vs. | ) **5:20-cv-01146-AKK** |
| **PLAZA SERVICES, LLC ,** | ) ) |
| **Defendant.** | ) |

## ORDER

Based on the plaintiff's notice of settlement, doc. 10, this case is **DISMISSED WITHOUT PREJUDICE**. The court shall retain jurisdiction over the parties until January 21, 2021 for the purpose of enforcing their settlement agreement. The court **ORDERS** that the plaintiff shall file a formal stipulation of dismissal by January 21, 2021. Otherwise, after that date, this case will be deemed dismissed with prejudice.

**DONE** the 7th day of December, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE